SA  D.C
Jan 3, 2013
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. **13-80009-CR-RYSKAMP/HOPKINS**

18 U.S.C. 2422(b)

UNITED STATES OF AMERICA,

    **Plaintiff,**

v.

**CHRISTOPHER SIEGERT,**
a/k/a "R/T," CA
    **Defendant.**

_____/

## INDICTMENT

The Grand Jury charges that:

Beginning on or about November 12, 2012 and continuing through on or about December 20, 2012, in Palm Beach County, in the Southern District of Florida, the defendant,

**CHRISTOPHER SIEGERT,**
a/k/a "R/T," CA

using a facility and means of interstate commerce, that is, the Internet and a cellular telephone, knowingly attempted to persuade, induce, entice, and coerce an individual who had not attained the age of eighteen years, to engage in sexual activity for which any person can be charged with a criminal offense, in violation of Title 18, United States Code, Section 2422(b).

A TRUE BILL

_____
FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
BRANDY BRENTARI GALLER
ASSISTANT UNITED STATES ATTORNEY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: _____

## BOND RECOMMENDATION

DEFENDANT: CHRISTOPHER SIEGERT, a/k/a "R/T"

Pre-Trial Detention
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA:   Brandy Brentari Galler

Last Known Address:

What Facility:

Agent(s):   S/A David R. Malone
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)
HSI - ICE

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. _____ |
| vs. | |
| CHRISTOPHER SIEGERT, <br> a/k/a "R/T," <br> Defendant. | **CERTIFICATE OF TRIAL ATTORNEY*** <br><br> **Superseding Case Information:** |

**Court Division**: (Select One)

___ Miami     ___ Key West
___ FTL       _X_ WPB     ___ FTP

New Defendant(s)           Yes ___  No ___
Number of New Defendants   ___
Total number of counts     ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No)   _No_
   List language and/or dialect   _____

4. This case will take   _5_   days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                        (Check only one)

   I    0 to 5 days       _X_       Petty      ___
   II   6 to 10 days      ___       Minor      ___
   III  11 to 20 days     ___       Misdem.    ___
   IV   21 to 60 days     ___       Felony     _X_
   V    61 days and over  ___

6. Has this case been previously filed in this District Court? (Yes or No)   _No_
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   _Yes_
   If yes:
   Magistrate Case No.                _12-8489-JMH_
   Related Miscellaneous numbers:     _____
   Defendant(s) in federal custody as of   _12/20/12_
   Defendant(s) in state custody as of     _____
   Rule 20 from the   _____   District of   _____

   Is this a potential death penalty case? (Yes or No)   _No_

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   ___ Yes   _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?   ___ Yes   _X_ No

_____
BRANDY BRENTARI GALLER
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No./Court No. A5501296

*Penalty Sheet(s) attached

REV 4/8/08

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:** <u>CHRISTOPHER SIEGERT, a/k/a "R/T"</u>

**Case No:** _____

Count #: 1

<u>Enticement</u>

<u>Title 18 U.S.C. § 2422(b)</u>

\* **Max.Penalty:** 10 Years' Mandatory Minimum to Life Imprisonment; 5 Years' to Life Supervised Release; $250,000 Fine

\***Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**